UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LYNN COLBERT,<br><br>Plaintiff,<br><br>v.<br><br>V. REYES, et al.,<br><br>Defendants. | Case No. 25-cv-08542-WHO (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTIONS TO EXTEND TIME;**<br><br>**ORDER DENYING MOTION FOR THE APPOINTMENT OF COUNSEL**<br><br>Dkt. Nos. 14, 21, and 25 |

Defendants' motion to extend time to file a responsive pleading to plaintiff Colbert's complaint is GRANTED. (Dkt. No. 21.) The responsive pleading shall be filed on or before **March 27, 2026**.

Defendants' motion to extend time to file an opposition to Colbert's motion for summary judgment and to file a cross-motion for summary judgment is GRANTED. (Dkt. No. 25.) The cross-motion for summary judgment and opposition shall be filed on or before **May 26, 2026**. Colbert's opposition to defendants' motion, and his reply to their opposition to his motion, shall be filed within 45 days after defendants have filed their motion and opposition. Defendants' reply to Colbert's opposition shall be filed within 15 days after the opposition has been filed.

Colbert moves for the appointment of counsel. (Dkt. No. 14.) The decision to request counsel to represent an indigent litigant under 28 U.S.C. § 1915 is within "the sound discretion of the trial court and is granted only in exceptional circumstances." *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984). A finding of "exceptional circumstances" requires an evaluation of the likelihood of the plaintiff's success on the

merits and an evaluation of the plaintiff's ability to articulate his claims pro se in light of the complexity of the legal issues involved. *See Agyeman v. Corrections Corp. of America*, 390 F.3d 1101, 1103 (9th Cir. 2004). Neither the need for discovery, nor the fact that the pro se litigant would be better served with the assistance of counsel, necessarily qualify the issues involved as complex. *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997).

There is no doubt that not having a lawyer puts a party at a disadvantage in our adversarial system of justice. Across the United States in 2024, unrepresented prisoners filed nearly 8000 cases, roughly 16.25% of all new civil filings. United States Courts for the Ninth Circuit, 2024 Annual Report, https://cdn.ca9.uscourts.gov/datastore/judicial-council/publications/AnnualReport2024.pdf. The high percentage of civil litigants who cannot afford counsel threatens our ability to dispense equal justice to rich and poor alike, as the judicial oath demands. That said, I am compelled to follow controlling precedent and determine if "exceptional circumstances" exist to appoint counsel in the cases before me.

Colbert has not shown that exceptional circumstances exist. His filings are clear, the suit does not present complex legal issues, and he has prosecuted his suit ably. Accordingly, the motion for the appointment of counsel is DENIED. I will consider whether to appoint counsel if circumstances warrant at a later date.

The Clerk shall terminate all pending motions.

**IT IS SO ORDERED.**

**Dated:** February 3, 2026

_____
WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California

2