UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

GREGORY LYNN COLBERT,

Plaintiff,

v.

V. REYES, et al.,

Defendants.

Case No.  25-cv-08542-WHO   (RMI)

**ORDER DENYING MOTION TO RESCHEDULE SETTLEMENT CONFERENCE AS MOOT**

Re: Dkt. No. 37

On June 5, 2026, Plaintiff filed a motion titled "Motion to Order Request to Change the Date to Early Order Settlement Conference Hearing to a Early Date." (Dkt. 37.) The Motion appears to be a request to reschedule the settlement conference "to a early date of June 2026." (Dkt. 37.) The settlement conference for this case is currently set for 10:00 a.m. on Thursday, June 25, 2026. (Order Setting Settlement Conference, Dkt. 33.) Accordingly, the Motion at Dkt. No. 37 is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: June 10, 2026

ROBERT M. ILLMAN
United States Magistrate Judge